

# Fourth Court of Appeals
## San Antonio, Texas

May 22, 2019

No. 04-19-00219-CV

### IN RE ACADEMY, LTD. DBA ACADEMY SPORTS AND OUTDOORS

Original Mandamus Proceeding[1]

### ORDER

Sitting:     Sandee Bryan Marion, Chief Justice[2]
Irene Rios, Justice
Beth Watkins, Justice

On April 9, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on May 22, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of May, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 2017CI23341; 2018CI14368; 2018CI23302; 2018CI23299, styled *Robert Braden v. Academy, Ltd. d/b/a Academy Sports + Outdoors* and *Chancie McMahan, et al. v. Academy, Ltd. d/b/a Academy Sports + Outdoors*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Karen H. Pozza presiding.

[2] Chief Justice Marion dissents to the denial without requesting a response.